Ennett, Respondent, v. Selina P. Zuckerman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Jerome K. Katz, as Administrator, etc., of Donald A. Katz, Deceased, Respondent, v. Charles Meisezahl Manufacturing Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted permitting the defendant to serve an amended answer in the manner and form as proposed within ten days from date. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frank Hardart, Respondent, v. 500 West 14th Street Realty Co., Inc., and Others, Defendants, Impleaded with Conron Bros. Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Bennett Rose and Bernard L. Solomon, Copartners, etc., Appellants, v. Galuten Holding Corporation, Respondent, Impleaded with Others, Defendants. — Order so far as appealed from modified by reducing amount of counsel fee to the sum of $150, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Patrick Henry Carroll, Appellant, v. Louis Schwartz, Doing Business, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Elizabeth M. Phelps v. Mabel Phelps Lawton, as Executrix, etc., of Howard Phelps, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rachel Cohen v. Adolph L. Gotthelf and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Thoens & Flaunlacher, Inc., v. Fred Rudinger and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Mario Marafioti v. Sophie Braslau.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Louis Denerhoff.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Charles Giesin v. Giesin & Shankman, Inc., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before November 28, 1930, with notice of argument for December 10, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Israel Freidus v. Alice C. Wynn.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures the record on appeal to be filed on or before November 26, 1930, with notice of argument for December 5, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Netherland Holding Corporation v. Russel H. Kittel and Another,

Impleaded, etc. RUSSEL H. KITTEL and Another, and MABEL B. KITTEL v. NETHERLAND HOLDING CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NETHERLAND HOLDING CORPORATION v. RUSSEL H. KITTEL and Another, Impleaded, etc. RUSSEL H. KITTEL and Another, and MABEL B. KITTEL v. NETHERLAND HOLDING CORPORATION.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS GOLD and LOUIS GOLD, Copartners, etc., v. ACAR MANUFACTURING COMPANY, INC., and Another, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

OLGA PICIULO v. ATTILIO DECICCO and Another, Impleaded with Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OIL CITY BOILER WORKS, INC., v. McGUIRE HEATING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures the record on appeal and appellant's points to be filed so appeal can be argued on or before December 18, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH POLIFRONE v. DURST MANUFACTURING COMPANY, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE SISCO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARIE J. LESLIE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL GLAUBERMAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELBE FILE & BINDER CO., INC., v. MOSES FINE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures the record on appeal to be filed on or before December 5, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILSON HOLDING CORPORATION v. BAYCHESTER MANOR, INC., Impleaded with WALTER W. TAYLOR and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILSON HOLDING CORPORATION v. BAYCHESTER MANOR, INC., Impleaded with RACHEL A. CONNER, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER S. KLEE, as Trustee, etc., v. VAN RENSSELAER ESTATES, INC., and Another, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NAT GREENBAUM v. PHILIP TARTER, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.